IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00483-CBS | Date: August 18, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                                  *Counsel:*

BRETT ALAN HAUSER,                                           Richard Wiener

Plaintiff,

v.

DILLION KYLE GUARDINO,                                    Matthew Ralston
JOSEPH ANTHONY GUARDINO JR.,                    Ty Gee
CHRISTOPHER MICHAEL GUARDINO,

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:28 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the Court in regards to Motion for Leave to Amend Plaintiff's Amended Complaint to Add Claims for Exemplary Damages [20]. Defendants have filed an Answer to the Motion but have not filed a Response to the Motion.

**ORDERED:**   Motion for Leave to Amend Plaintiff's Amended Complaint to Add Claims for Exemplary Damages [20] is **GRANTED** as stated on the record.

HEARING CONCLUDED.

**Court in recess: 01:48 p.m.**
Total time in court: 00:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.